# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY WAYNE THOMPSON, SR., | : | |
| Petitioner | : | CIVIL ACTION NO. 3:15-CV-0460 |
| | : | |
| v. | : | (Judge Nealon) |
| | : | |
| M.I. HAUSER; WARDEN BALTAZAR, | : | |
| Respondents | : | |

## ORDER

**AND NOW, THIS 8TH DAY OF APRIL, 2015**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** without prejudice to any right Petitioner may have to reassert his instant claims in a properly filed civil rights action.

2. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**